UNITED STATES of America,
Plaintiff—Appellee,

v.

Conrad Clement HENDERSON,
Defendant—Appellant.

No. 04–50242.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Becky S. Walker, Esq., William Crowfoot, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Kathryn A. Young, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

## MEMORANDUM **

Conrad Clement Henderson appeals the 57–month sentence imposed following his guilty plea conviction for being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

We conclude from the district court's comments at Henderson's sentencing hearing that there is "a reasonable probability that he would have received a different sentence had the district judge known that the sentencing guidelines were advisory." *See United States v. Ameline,* 409 F.3d 1073, 1078 (9th Cir.2005) (en banc). Accordingly, we vacate Henderson's sentence and remand for resentencing. *See United States v. Beaudion,* 416 F.3d 965, 970 (9th Cir.2005).

**SENTENCE VACATED AND REMANDED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

